FILED
2025 Dec-19 PM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/JAB: Dec. 2025
BHM GJ #5

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | |
| **DENNIS RAY WINBORN,** ) | |
|     **Defendant.** ) | |

## INDICTMENT

### COUNT ONE:
*Threat to Assault Federal Law Enforcement Officer*
**18 U.S.C. § 115(a)(1)(B)**

The Grand Jury charges that:

On or about the 28th day of July 2025, in Jefferson County, within the Northern District of Alabama, the defendant,

**DENNIS RAY WINBORN,**

did knowingly and intentionally threaten to assault and murder federal law enforcement officer J.R., who was then employed by the Veterans Administration, an office and agency of the United States Government, while such officer and employee was engaged in and on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO:
*Interstate Transmission of Threat*
**18 U.S.C. § 875(c)**

The Grand Jury charges that:

On or about the 28th day of July 2025, in Jefferson County, within the Northern District of Alabama, the defendant,

**DENNIS RAY WINBORN,**

did transmit in interstate or foreign commerce a communication containing a threat to injure police officers employed by the Veterans Administration, an office and agency of the United States Government, while such officers and employees were engaged in and on account of the performance of official duties, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                            PRIM F. ESCALONA
                                            United States Attorney

                                            */s/ Electronic Signature*
                                            ALAN BATY
                                            Assistant United States Attorney