FILED
2026 Mar-12 PM 05:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cr-0648-MHH-NAD** |
| | ) | |
| **DENNIS RAY WINBORN,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR MENTAL HEALTH EVALUATION**

The United States moves the Court to order an in-patient mental health evaluation pursuant to 18 U.S.C. § 4241 to determine whether the defendant is competent to stand trial and assist in his defense.

Section 4241 provides that the government may move for a hearing to determine a defendant's mental competency, and the Court may order a psychiatric or psychological evaluation of the defendant, if the statutory standard is met. 18 U.S.C. § 4241(a), (b). The standard is whether "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

The United States has received information sufficient to establish "reasonable cause." First, the United States has received a report, attached to this motion as Exhibit A and filed under seal, finding that the defendant is currently not competent

to stand trial though his "restoration prognosis is good." Second, the United States has received medical records of the defendant indicating some mental health issues in recent years, including hospitalization in 2025. These pieces of information supply reasonable cause for the Court to order a competency hearing and a competency evaluation.

Accordingly, to determine whether the defendant is competent to stand trial and, if not, whether the defendant is capable of being restored, the United States asks that the Court order an in-patient mental health examination of the defendant at a Bureau of Prisons medical facility and that copies of any subsequent reports be made available to the government and defense counsel.

Respectfully submitted,

CATHERINE L. CROSBY
Acting United States Attorney

*s/ Alan Baty*
Alan Baty
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2001
Alan.Baty@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this 12th day of March 2026, using the CM/ECF filing system that will send notification of the filing to counsel of record.

*s/ Alan Baty*
Alan Baty
Assistant United States Attorney