FILED
2026 Mar-12 PM 05:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cr-0648-MHH-NAD** |
| | ) | |
| **DENNIS RAY WINBORN,** | ) | |
| **Defendant.** | ) | |

## MOTION TO SEAL DOCUMENT

The United States moves to seal Exhibit A to the motion for a competency evaluation the government is filing today. The basis for the government's request is that the exhibit is a report with sensitive and confidential personal health information of the defendant.

Respectfully submitted,

CATHERINE L. CROSBY
Acting United States Attorney

*s/ Alan Baty*

Alan Baty
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2001
Alan.Baty@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this 12th day of March 2026, using the CM/ECF filing system that will send notification of the filing to counsel of record.

*s/ Alan Baty*
Alan Baty
Assistant United States Attorney